BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-cr-00314-AWI (BAM) |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE |
| v. | |
| NIA ME POTEKI, | DATE: February 3, |
| Defendant. | TIME: 10:00 a.m. |
| | JUDGE: Hon. Anthony W. Ishii |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties have entered into a plea agreement. *See* ECF No. 14.

2. By this stipulation, the parties move to set a change of plea hearing for February 3, 2014, before the Honorable Anthony W. Ishii at 10:00 am or at a date and time thereafter that is convenient to the Court.

3. By previous order, this matter was set for a status conference on January 27, 2014 at 1:00 p.m before Magistrate Judge Barbara A. McAuliffe.

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

1

4. By this stipulation, the parties move to vacate the status conference on January 27, 2014 at 1:00 p.m.

IT IS SO ORDERED.

Dated:   January 23, 2014

SENIOR  DISTRICT  JUDGE

DATED:   January 22, 2014

/s/ Patrick R. Delahunty
PATRICK R. DELAHUNTY
Assistant United States Attorney

DATED:   January 22, 2014

/s/Janet Bateman
JANET BATEMAN
Counsel for Defendant
Nia Me Poteki

**O R D E R**

Stipulation and [Proposed] Order Re:
Change of Plea Hearing

2